AO 91 (Rev. 11/11)  Criminal Complaint

# FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

OCT **3 1** 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jessica Marie GOMEZ | ) |
| & | ) |
| Anthony DIAZ | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

Case No. 2:18-10157m-01, 02

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____10/29/2018_____ in the county of _____Kinney_____ in the

_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 (a)(1)(A)(v)(I) & (B)(i) | Conspiracy to Transport Illegal Aliens:  Did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered and remained in the United States in violation of law. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert Parry, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: _____10/31/2018_____

_____
Judge's signature

City and state: _____Del Rio, Texas_____

Honorable Victor Garcia, U.S. Magistrate Judge
Printed name and title

## Attachment A

On October 18, 2018, at approximately 1835 hours, US Customs and Border Protection / Office of Border Patrol (CBP/OBP) Agents encountered a black Ford Mustang bearing Texas plate JSS-7053 traveling on HWY 674 north of Brackettville, Texas, which is in the Western District of Texas. Border Patrol Agents initiated a vehicle stop to conduct an immigration inspection due to this vehicle being registered to an address in Comanche, Texas, erratic driving by the driver, and observations by the CBP/OBP agent that the occupants of the vehicle had been ridged and avoided eye contact as they passed his location.

The vehicle was being operated by Jessica Marie GOMEZ who was identified as a United States Citizen. The front passenger was identified as Anthony DIAZ, a United States Citizen. The rear passenger was identified as Moises CORTEZ-Altamirano, found to be Mexican citizen with no documents to show legal status in the United States.

During a post-Miranda interview, GOMEZ and DIAZ admitted to knowing that CORTEZ-Altamirano was illegally present in the United States of America. Both stated that on or about October 29, 2018, they had been contacted by Manuel GOMEZ Jr., Jessica GOMEZ's Estranged husband, and offered $1500.00 to follow Manuel GOMEZ Jr to Del Rio, Texas and transport an illegal alien back to Comanche, Texas.

Moises CORTEZ-Altamirano was interviewed about the failed smuggling event and stated a family member, who resides in San Antonio, Texas made all the arrangements for his illegal entry into the United States. CORTEZ-Altamirano stated he did not know how much she had paid for him to be smuggled in or who she had talked to.  CORTEZ-Altamirano identified both GOMEZ and DIAZ in a separate photographic line ups as the two subjects who had arrived to pick him up from an unknown industrial area in Del Rio, Texas.  CORTEZ-Altamirano believed he was going to be transported to San Antonio, Texas.